**Matthew Louis JOHNSON, Plaintiff–Appellant,**

v.

**DARR, Correctional Officer, Captain of the Prison, Defendant–Appellee.**

No. 12–55532.

United States Court of Appeals, Ninth Circuit.

Submitted June 18, 2013.*

Filed June 21, 2013.

Matthew Louis Johnson, Soledad, CA, pro se.

Bryan Kao, AGCA–Office of the California Attorney General, San Francisco, CA, for Defendant–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is

Before: TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

MEMORANDUM **

California state prisoner Matthew Louis Johnson appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Wyatt v. Terhune,* 315 F.3d 1108, 1117 (9th Cir.2003), and affirm.

The district court properly dismissed Johnson's action without prejudice because Johnson failed to exhaust the prison grievance procedures concerning his claims. *See Woodford v. Ngo,* 548 U.S. 81, 93–95, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) (holding that "proper exhaustion" is mandatory and requires adherence to administrative procedural rules).

Darr's request for judicial notice is denied.

**AFFIRMED.**

suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.